IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIM LABER, et al.,

        Plaintiffs,                  No. CIV S-04-1427 FCD KJM PS

    vs.

ROBERT COTTELL, et al.,

        Defendants.           <u>ORDER</u>

_____/

        A further status conference was held in this matter on May 25, 2005 before the undersigned. Plaintiffs appeared in propria persona. No appearance was made for defendants. Upon consideration of the court file in this action, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        1. Within thirty days from the date of this order, plaintiffs shall file with the court a statement setting forth the basis of the court's subject matter jurisdiction, with appropriate citations to the statutory authority, including the Title and Section of the United States Code conferring subject matter jurisdiction over the claims raised in the amended complaint. <u>See</u> Fed. R. Civ. P. 8(a).[1]

---

[1] The federal courts are courts of limited jurisdiction. In the absence of a federal statute specifically granting subject matter jurisdiction, this court may not proceed on plaintiffs' causes

1

1        2. Within thirty days from the date of this order, plaintiffs shall serve summons in compliance with Federal Rule of Civil Procedure 4.  Failure to comply with this order shall result in a recommendation this action be dismissed.

DATED: May 26, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

006
laber2.oas

---

of action.  Moreover, plaintiffs' amended complaint cites to several sections of Title 26, which pertain to tax enforcement.  The United States Attorney, not private citizens, is charged with enforcing the tax code.  At heart, plaintiffs' complaint appears to revolve around alleged fraudulent business dealings on the part of defendants.  As such, it appears plaintiffs' complaint is appropriately venued in state court, not the federal court.