IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIM LABER, et al.,

      Plaintiffs,                  No. CIV S-04-1427 FCD KJM PS

   vs.

ROBERT COTTELL, et al.,

      Defendants.              <u>ORDER</u>

_____/

      Defendants have now filed an answer. Upon consideration of the court file in this action, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

      1. This matter is set for further status conference on September 14, 2005 at 10:00 a.m. in courtroom no. 26.

      2. No later than August 10, 2005, plaintiffs shall show cause why this action should not be dismissed as barred under the terms of the settlement agreement filed in the United States Bankruptcy Court, Eastern District of California, Modesto Division, Case no. 03-92237-7.

/////

/////

/////

/////

1

3. The Clerk of Court is directed to add to the court's proof of service the address listed for defendants in the summons filed June 27, 2005.

DATED: July 18, 2005.

                                            UNITED STATES MAGISTRATE JUDGE

006.laber.fsta