1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JIM LABER, et al.,

11          Plaintiffs,              No. CIV S-04-1427 FCD KJM PS

12      vs.

13   ROBERT COTTELL, et al.,

14          Defendants.              <u>ORDER</u>

15   _____/

16          The undersigned has presided over settlement conferences in this matter. It

17   appears that in the interests of justice and good cause appearing, this matter should be stayed

18   pending further settlement conferences and plaintiffs' obtaining information from the Internal

19   Revenue Service and from their accountant. Accordingly, IT IS HEREBY ORDERED that:

20          1. This action is stayed.

21          2. The parties shall submit status reports no later than November 26, 2008

22   regarding any information obtained pertaining to settlement and shall thereafter file status reports

23   every ninety days.

24   DATED:  August 28, 2008.

25                                _____
                                  U.S. MAGISTRATE JUDGE
26   006
     laber.stay

1