IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIM LABER, et al.,

    Plaintiffs,      No. CIV S-04-1427 FCD KJM PS

    vs.

ROBERT COTTELL, et al.,

    Defendants.      <u>ORDER</u>

_____/

    The undersigned recently has convened a continued settlement conference in this matter. It appears that in the interests of justice, good cause appearing and with the consent of the parties, the stay previously entered should be continued pending plaintiffs' obtaining additional information from the Internal Revenue Service and from their accountant.

    Accordingly, IT IS HEREBY ORDERED that:

    1. The stay previously entered in this action is continued.

    2. The parties shall submit status reports as soon as the information needed to resume settlement discussions is obtained, and no later than September 18, 2009. The court will thereafter schedule a further settlement conference.

DATED: April 16, 2009.

_____
U.S. MAGISTRATE JUDGE

laber.stayctd