*Judge*

JAMES L. & LAURA M. LABER
2007 Livingston Lane
Stockton, Ca. 95210
Telephone (209) 471-2800

**FILED**

AUG -5 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Jim & Laura Laber, et al.,            07-26-2011

   Plaintiffs (Pro Se)                 Case:. CIV S-04-1427 FCD KJM PS

Vs.                                    New Case:.2:04-CV-01427-FCD-DAD(TEMP)
                                                                    CKD
Robert & Mary Jane Cottell, et al.,
   Defendants,(Pro Se)
                                       Stipulated Settlement Agreement
                                       To: Magistrate Judge Kimberly J. Mueller
                                       Per Minute Order


Stipulated Settlement Agreement And Order Thereon


Honorable Kimberly J. Mueller;
Robert Cottell and Mary Jane Cottell:

   Pursuant to Civil Case, CivS-04-1427 FCD KJM PS.

Plaintiffs Laura Laber, James Laber and Tele-Link Communications (pro se) and the Defendants, Robert Cottell Sr., and Mary Jane Cottell (pro se), hereby stipulate and Agree as set forth in this Stipulated Settlement Agreement and Order thereon (this "stipulation") as follows:

   The defendants, the past majority owners and tax-matter partners for the period of 2000-2003 under federal tax number EIN # 94-3355143 (cited in the Complaint No. CIVS -04-1427 FCD KJM PS) have agreed in a Court Settlement Conference held on June 29th, 2011 to pay damages (relief) to the Labers (Plaintiffs) in the total amount of $6,090.00 in order to settle these matters and avoid costly and protracted litigation. Plaintiffs also accepted this offer per the following terms and conditions in order to secure the peace between ex partners and reduce costs to all parties involved.

1

## TERMS AND CONDITIONS OF STIPULATED SETTLEMENT

Defendants have agreed to pay down the total amount of $6,090.00 in monthly Installments over a period of 87 consecutive monthly installments in the amount of $70.00 per month. The first monthly installment should be made on or before September 5th 2011. The final installment will be on or before November 5th 2018. A release from this Stipulated Settlement Agreement would become effective upon the final installment in November 2018, and would fully satisfy this debt obligation to the plaintiffs at this date projected. $70.00 monthly installments will be due by the 5th day of each month, and considered late after the 10th day of the month. After the 10th, a late charge of $10.00 will be charged and added to the monthly installment past due; to insure timely payments. The Cottells may elect to pay down any balance owed in full on this debt without a prepayment penalty or fee.

The Cottells agreed to pay installments by direct bank deposit at Central State Credit Union located in Stockton, California. Installments will be made payable to James and Laura Laber and credited for direct deposit to account No. 300284790.

In the alternative, the Cottells may elect to make monthly installments using a certified bank check, or a U.S. Postal money order, payable to James and Laura Laber, and mailed to our home address, 2007 Livingston Lane, Stockton, California 95210.

Should the Cottells fail to make timely installments as agreed herein, the Labers shall, after 60days of defaulted installments, sustain the right to again resume legal action in the appropriate Federal Court of Jurisdiction; to recover any and all unpaid balances, to include reasonable costs and attorneys fees (penalties, interest, and late payments) Defendants agree to pay the above fees and costs should this action become necessary due to a default or breach of this Stipulated Settlement Agreement.

## CONSIDERATION FOR DISMISSAL WITH PREJUDICE

Within seven(7) days of this Stipulated Settlement Agreement has been signatured and fully executed, the Plaintiffs, shall ask the Court to dismiss the complaint with prejudice. The Court will docket this Stipulated Settlement Agreement and Order thereon for future court enforcement under federal and state law jurisdiction.

Whereas, both parties intend by this stipulation agreement to settle any differences between or among themselves, and /or any person acting on their behalf, if any, and each of them, which now exist or hereafter arise out of or relate to the Complaint, Case No.Civil CIV. S04-1427 FCD KJM PS.

Now, therefore, in consideration of the recitals and the covenants and agreements set forth below, and for other valuable consideration, the receipt of which is hereby acknowledged, James and Laura Laber, Robert Sr. and Mary Jane Cottell (parties to this stipulation) stipulate and agree as follows:

*1..Incorporation of Recitals. The above recitals are incorporated here in by this reference and made part of this stipulation.*

*2..Consideration for Dismissal. Within (7) days after this Stipulated Settlement Agreement and order thereon has been reviewed by all parties to this suit, and approved by the federal court magistrate and fully executed for enforcement under the courts jurisdiction and guidelines, the Plaintiffs, Jim and Laura Laber will ask the court to dismiss the Complaint with prejudice. The prejudice being, the Plaintiffs reserve the right to reopen this complaint for additional judicial litigation in the Federal District Court of the Eastern District should any parties or parties fail to meet their obligations as signatured and agreed to under the jurisdiction of governing appropriate law and applicable to the actions docketed in the U.S. District Court for the Eastern District of California.*

*3..Release. The Cottells, will be fully released from their tax obligations involving Tele-Link Communications Partnership when their obligations are fully indemnified at some reasonable time in the foreseeable future in compliance with Court Ordered Stipulation Agreement Installments, agreed to by both parties and Court Order.*

*4..The Plaintiffs Jim and Laura Laber are paying down Tele-Link Communications Partnership delinquent taxes against federal tax ID# 94-3355143 for tax years 2000 through December 2003. As part of those liabilities, the Cottells agree to pay down the amount of $6,090.00 to the Labers.*

*5..Waiver of Rights Under Civil Code Section 1542. Each party understands and agrees all rights under section 1542 of the California Civil Code are expressly waived, this Section reads as follows: A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at time of executing the release, which if known by him must have materially affected his settlement with the debtor.*

*6..Knowing, Free and Voluntary Execution. Each party declares and represents that it has carefully read this stipulation, understands its contents, and has executed this stipulation freely and voluntarily.*

*7..Advice of Counsel. Each party declares and represents that it has discussed this stipulation with its legal counsel, or has had adequate opportunity to do so, and shall not deny the validity of this stipulation on the ground such party did not have the advice of legal counsel.*

*8..Entire Agreement. This stipulation constitutes the entire final agreement of settlement, release, and indemnity by and between the parties and supersedes all prior negations and agreements. The parties each acknowledge that there are no representations, warranties, agreements, or understandings other than expressly contained in this stipulation agreement. This stipulation can be modified only by the written consent of all parties here to and approved by the above entitled Court.*

9. *Governing Law.* This stipulation is being delivered and is to be intended to be performed in the State of California, County of Sacramento. The Execution, validity, construction, and performance of this stipulation shall be constructed and enforced in accordance with the laws of the State of California.

10. *Successors and Assigns.* This Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective heirs, executors, representatives, successors, and assigns.

11. *Attorneys' fees.* In the event of any controversy legal action, suit, arbitration, claim, or dispute between the parties, arising of or relating to this stipulation, its creation, interpretation, enforcement, or breach. The prevailing party shall be entitled to recover from the other party reasonable expenses attorneys fees, and costs, whether or not court proceedings have begun.

12. *Purpose of Stipulation.* The parties represent they have entered into this stipulation for the purpose of finding a reasonable resolution and prevent further involvement in protracted and costly litigation.

In Witness Whereof, the undersigned have executed this stipulation as of the date first written below.

X _[signature]_  
ROBERT COTTELL, SR.  7-27-11

X _[signature]_  
MARY JANE COTTELL  7-27-11

X _[signature]_  
JAMES L. LABER  7-26-11

X _[signature]_  
LAURA M. LABER  7-26-11

### Order

For Good Cause Appearing, the foregoing Stipulated Settlement Agreement is approved and is binding among the parties.

X _[signature]_  8/5/11  
Judge of the United States Eastern District of California

4